<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MADISON JOINT VENTURE LLC, | |
| Plaintiff, | No. 19cv8012 (EP) (JBC) |
| v. | **ORDER**[1] |
| CHEMO RESEARCH S.L., *et al.*, | |
| Defendants. | |

**PADIN, District Judge.**

Plaintiff Madison Joint Venture LLC is the successor-in-interest to non-party Humanigen, Inc.'s ("Humanigen") rights to benznidazole, a drug for treating Chagas disease.[2] Humanigen (then named KaloBios Pharmaceuticals, Inc. ("KaloBios"))[3] acquired its rights from Savant Neglected Diseases, LLC and Savant Chagas, LLC (collectively, "Savant"). In 2013, Savant purportedly obtained an exclusive license to use benznidazole study data (the "Data") developed in part by (now dismissed) Defendant Dr. Sergio Sosa-Estani, an Argentine national and Spanish resident, which was critical to Savant's efforts to obtain regulatory approval for benznidazole.

Plaintiff asserts that the Data was an exclusive trade secret, and that Defendants Chemo Research, S.L. ("Chemo") and its New Jersey subsidiary Exeltis USA, Inc. ("Extelis") conspired with Dr. Estani to obtain and use the Data—in violation of this exclusive license—in a successful new drug application ("NDA") submitted to the Food & Drug Administration ("FDA") for benznidazole.

---

[1] The accompanying Opinion has been filed under seal. The parties may obtain a paper copy of the Opinion from the Clerk's Office.

[2] On February 27, 2018, Humanigen transferred to Plaintiff all its assets and claims related to benznidazole. *See* D.E. 1 at 2 n.1.

[3] On August 7, 2017, KaloBios changed its name to Humanigen. *See* D.E. 1 at 2 n.1.

Presently before the Court is Defendants' motion for summary judgment on all remaining counts of the second amended complaint,[4] D.E. 121.  D.E. 374 ("Motion").[5]  Plaintiff opposes the Motion.  D.E. 380.  Defendants reply.  D.E. 400.

Having considered the parties' briefs and all other submissions, and following oral argument held on June 24, 2026,

IT IS, on this 26th day of June, 2026, for the reasons set forth in the accompanying Opinion,

ORDERED that Defendants' Motion, D.E. 374, is GRANTED; and it is further

ORDERED that judgment is ENTERED in favor of Defendants and against Plaintiff on Counts One through Five of the second amended complaint, D.E. 121; and it is further

ORDERED that because there is a presumption that "the public has a right of access to judicial materials," In re Avandia Mktg., Sales Practices & Prods. Liab. Litig., 924 F.3d 662, 672 (3d Cir. 2019), within 45 days of this Order, the parties shall jointly propose a redacted opinion; and it is finally

ORDERED that the Clerk of Court shall CLOSE this case.

Evelyn Padin, U.S.D.J.

---

[4] All that remain are Counts One, Two, Three, Four, and Five.  See D.Es. 269 & 270.

[5] Defendants brief in support of its Motion is filed at D.E. 374.